NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LAVERN C. FAST HORSE,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5017

---

Appeal from the United States Court of Federal Claims in case no. 11-CV-264, Judge Thomas C. Wheeler.

---

**ON MOTION**

---

## ORDER

The petitioner moves for leave to proceed in forma pauperis.

Fast Horse is incarcerated. Pursuant to the Prisoner Litigation Reform Act of 1995, this court may not authorize the prosecution of an appeal by a prisoner without the prepayment of fees. 28 U.S.C. § 1915. A prisoner is no longer afforded the alternative of proceeding without payment of filing fees, but must, in time, pay the $450 filing fee in its entirety. When funds exist, an initial

partial payment must be made consisting of 20% of the greater of (a) the average monthly deposits to the prisoner's account or (b) the average monthly balance in the prisoner's account for the six-month period immediately preceding the filing of the notice of appeal. 28 U.S.C. § 1915(b)(1). Thereafter, the prisoner is required to make monthly payments of 20% of the preceding month's income credited to the prisoner's account. 28 U.S.C. § 1915(b)(2). The agency with custody of the prisoner must forward payments from the prisoner's account each time the amount in the account exceeds $10 until the $450 filing fee is paid in full. *Id.*

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for leave to proceed in forma pauperis is denied.

FOR THE COURT

DEC 2 8 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Lavern C. Fast Horse
    Barbara M.R. Marvin, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 8 2011

JAN HORBALY
CLERK